RECEIVED
IN ALEXANDRIA, LA.

JUN 1 6 2014

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ANDREA HALL | DOCKET NO. 1:14-CV-122; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| BURL CAIN | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after a de novo review of the record, including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's second and successive petition for writ of habeas corpus be **TRANSFERRED** to the United States Fifth Circuit Court of Appeals in accordance with 28 U.S.C. §1631.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 16th day of June, 2014.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT COURT